**GREENBERG TRAURIG, LLP**
Ralph W. Selitto, Jr.
500 Campus Drive
Suite 400
Florham Park, New Jersey 07932
973-360-7900 (Telephone)
973-301-8410 (Facsimile)
selittor@gtlaw.com (E-mail)

*Attorney for Plaintiff / Counterclaim-Defendant*
*Musculoskeletal Transplant Foundation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MUSCULOSKELETAL TRANSPLANT FOUNDATION,<br><br>Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>SOLANA SURGICAL, LLC and WRIGHT MEDICAL TECHNOLOGY, INC.,<br><br>Defendants/Counterclaimants. | Civil Action No. 2:16-CV-01170-JLL-SCM |

### STIPULATION OF DISMISSAL

Plaintiff Musculoskeletal Transplant Foundation ("MTF") and Defendants Solana Surgical, LLC and Wright Medical Technology, Inc. (collectively, "Defendants") hereby stipulate to the dismissal with prejudice of all of MTF's claims and to the dismissal with prejudice of all of the Defendants' counterclaims in this action pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), subject to the terms of a confidential settlement agreement dated April 5, 2017, with each party to bear its own costs, expenses and attorneys' fees.

Dated:  April 19, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ Sheila Raftery Wiggins | /s/ Ralph W. Selitto, Jr. |
| Sheila Raftery Wiggins, Esq. | Ralph W. Selitto, Jr., Esq. |
| DUANE MORRIS LLP | GREENBERG TRAURIG, LLP |
| 1037 Raymond Blvd. | 500 Campus Drive, Suite 400 |
| Newark, NJ  07102 | Florham Park, NJ  07932 |
| srwiggins@duanemorris.com | selittor@gtlaw.com |
| Telephone:  973-424-2055 | Telephone:  973-360-7900 |
| Facsimile:  973-556-1486 | Facsimile:  973-301-8410 |
| | |
| **Attorney for Defendants** | **Attorney for Plaintiff** |
| **Solana Surgical, LLC and** | **Musculoskeletal Transplant Foundation** |
| **Wright Medical Technology, Inc.** | |